

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan R. Hyslop<br><br>**Plaintiff,**<br>V.<br><br>Morgan Stanley Smith Barney LLC;<br>Morgan Stanley Smith Barney Financing LLC<br><br>**Defendant.** | Civil Action No.   23-cv-0743-L-KSC<br><br>**JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

Hyslop's motion for voluntary dismissal under Rule 41(a)(2) is granted. His Petition is dismissed without prejudice. The FAA provides for confirmation of arbitration awards as a "mechanism for enforcing arbitration awards." Hall Street Assoc., 552 U.S. at 582. Because Morgan Stanley have already received all relief provided by a confirmed arbitration award, their Counter-Petition has become moot. Petitioner's motion to dismiss Counter- petition is granted.

Date:   8/21/24

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  D. Martinez
D. Martinez, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 23-cv-0743-L-KSC

Counter Petitioners: Morgan Stanley Smith Barney Financing LLC; Morgan Stanley Smith Barney LLC;

Counter Respondent: Ryan R. Hyslop